# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER COTE

NO. 2024 KW 0949

DECEMBER 23, 2024

---

In Re:     Christopher Cote, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 565622.

---

BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.

**WRIT DENIED.** After a defendant has begun serving his sentence, a district court has no authority to amend or modify the sentence in a felony case in which the defendant has been sentenced to imprisonment at hard labor unless the court grants a timely filed motion to reconsider sentence. See La. Code Crim. P. arts. 881(A) & 881.1(A)(1). An out-of-time motion to reconsider sentence is not contemplated by the Code of Criminal Procedure nor allowed by the jurisprudence. **State v. Woods**, 2019-1141 (La. App. 1st Cir. 6/4/21), 328 So.3d 434, 448, writ not considered, 2021-00968 (La. 11/3/21), 326 So.3d 899. In this case, there is no indication that the district court set, for the record, an extension of the delay to file a motion to reconsider sentence past the statutory thirty-day period set forth in Article 881.1. Accordingly, the district court did not abuse its discretion by denying the motion to amend or reconsider sentence.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT